**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-138-DLB**

**CHARLES BETHEL** **PETITIONER**

**v.** **<u>JUDGMENT</u>**

**MS. BURNSIDE** **RESPONDENT**

*** *** *** ***

Consistent with the Memorandum Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Bethel’s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. # 1) is **DENIED**.

2. This matter is **STRICKEN** from the active docket.

This 2nd day of November, 2026.

**Signed By:**
***David L. Bunning*** DB
**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\PSO Orders\Bethel 0-26-138 Jmt.docx